```
                                                          FILED
                                                       January 4, 2006
        UNITED STATES DISTRICT COURT FOR THE         CLERK, US DISTRICT COURT
                                                     EASTERN DISTRICT OF
           EASTERN DISTRICT OF CALIFORNIA                 CALIFORNIA
                                                         DEPUTY CLERK
```

UNITED STATES OF AMERICA, )
)   Case No. MAG. 06-0001-GGH
      Plaintiff, )
v. )   ORDER FOR RELEASE OF
)   PERSON IN CUSTODY
AUDY GENE LAY, )
)
      Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __AUDY GENE LAY__ , Case No. __MAG. 06-0001-GGH__ , Charge __922(a)(6)__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

        ✔ (Other)    Pretrial Conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 4, 2006__ at __2:11 pm__ .

By  /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court